IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA)

| | |
|---|---|
| SHELLI F. ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 6:13-cv-01333-CM-DJW |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)

Defendant Bank of America, N.A. ("BANA"), pursuant to Fed. R. Civ. P. 26(a)(1), submits its initial disclosures. BANA identifies the individuals below as likely to have discoverable information that BANA may use to support its claims or defenses, unless solely for impeachment or rebuttal. BANA identifies the general categories of documents that BANA may use to support its claims or defenses, unless solely for impeachment or rebuttal. The disclosures are organized to correspond with the categories set forth in Rule 26(a)(1).

The disclosures are based on information reasonably available to BANA as of the date of the disclosures. By making the disclosures, BANA does not represent that it is identifying every individual, document, or other evidence possibly relevant to this lawsuit. Rather, BANA has made a good faith effort to identify information subject to the initial disclosure requirements of Rule 26(a)(1). By making the disclosures, BANA preserves and does not waive any claim of attorney-client privilege or work-product immunity. BANA also reserves all right to object to the admission of evidence at trial on the grounds of relevance, competence, materiality, hearsay, authenticity, or any other reason. All disclosures set forth below are made subject to the above qualifications. BANA reserves the right to supplement, amend, or modify

1137970.1.2



these disclosures as additional information is obtained through the course of discovery or otherwise.

    **A.**    **Individuals:** The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that Defendants may use to support their claims or defenses, unless the use would be solely for impeachment.

> **Contact:** Bank of America, N.A., Custodian of Records and corporate representative(s). This individuals may be contacted through Defendant's counsel.
>
> **Subject:** Information and business records maintained by BANA pertaining to the loan at issue, including records evidencing the loan (as secured through Plaintiff's Mortgage), loan payment history, correspondence and communications between BANA and Plaintiff Shelli Rogers (Plaintiff"), records reflecting loan modification efforts and other servicing activities concerning the loan, and records pertaining to the foreclosure of Plaintiff's Mortgage and/or steps undertaken to enforce Plaintiff's contractual obligations under the Note and Mortgage.
>
> **Contact:** Plaintiff Shelli Rogers and her agents/representatives, who may be contacted through Plaintiff's counsel.
>
> **Subject:** Information and records concerning the origination and servicing of the loan at issue, as secured through Plaintiff's Mortgage, including loan payment history, correspondence and communications between BANA and Plaintiff, records reflecting loan modification efforts and other servicing activities concerning the loan, and records pertaining to the foreclosure of Plaintiff's Mortgage and/or steps undertaken to enforce Plaintiff's contractual obligations under the Note and Mortgage.

BANA also identifies all individuals designated by Plaintiff in her initial disclosures under Fed. R. Civ. P. 26.

As BANA continues its investigation into this matter, BANA reserves its right to disclose additional individuals who are likely to have discoverable information that BANA may use to support its claims or defenses, unless solely for impeachment or unless Plaintiff is already aware of those individuals and/or the individuals have already been identified to Plaintiff

pursuant to other discovery (interrogatories, depositions, requests for production of documents, etc.).

B.  **Description by Category of Documents:** A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the BANA has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

- As redacted for privilege and/or work product, business records maintained by BANA pertaining to the servicing of the loan at issue, including records evidencing the loan (as secured through Plaintiff's Mortgage), loan payment history, correspondence and communications between BANA and Plaintiff or her agents, records reflecting loss mitigation/loan modification efforts and other servicing activities concerning the loan, and records pertaining to the foreclosure of Plaintiff's Mortgage and/or steps undertaken to enforce Plaintiff's contractual obligations under the Note and Mortgage.

    **BANA is producing herewith (as redacted for privilege and/or work product) a transaction history and servicing notes concerning Plaintiff's loan.**

- Documents attached to Plaintiff's Complaint.

- Documents filed in Plaintiff's chapter 13 bankruptcy case, pending in the United States Bankruptcy Court for the District of Kansas.

As BANA continues its investigation into this matter, BANA reserves the right to disclose additional documents likely to have discoverable information that BANA may use to support its claims or defenses, unless solely for impeachment or unless those documents have already been identified or produced to Plaintiff in response to other discovery (request for production of documents, interrogatories, depositions, etc.).

C.  **Computation of Damages**

BANA denies the existence of the damages alleged by Plaintiff in this action and, on that basis, can present no computation of any such damages.

**D.    Insurance Policies**

None identified at this time.

                                              **Respectfully submitted,**

                                              **BRYAN CAVE LLP**

                                              By: s/ Cassandra L. Writz
                                                   Cassandra L. Writz, KS #23401
                                                   1200 Main Street, Suite 3500
                                                   Kansas City, MO 64105
                                                   (816) 374-3200 (telephone)
                                                   (816) 374-3300 (facsimile)

                                              ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This certifies that on the 13th day of December 2013, the foregoing and the documents referenced therein were served via United States Mail, first class postage prepaid, to the following counsel of record:

Todd E. Shadid
Klenda Austerman, LLC
301 N. Main Street, Suite 1600
Wichita, KS 67202

                                                   s/ Cassandra L. Writz
                                                 Attorney for Defendant