IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHELLI F. ROGERS, | ) |
|       *Plaintiff*, | ) |
| vs. | ) Case No. 13-1333-CM-DJW |
| BANK OF AMERICA, N.A., | ) |
|       *Defendant*. | ) |

### PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW the Plaintiff, Shelli F. Rogers, by and through her attorney of record Todd E. Shadid of Klenda Austerman LLC, and in accordance with Fed. R. Civ. P. 26(a)(1), makes the following disclosures:

A.     **The name, and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that Plaintiff may use to support her claims or defenses unless the use would be solely for impeachment:**

    1.     Plaintiff:

        Shelli F. Rogers
        1001 North Washington
        Sedgwick, KS 67135
        316-650-6424

        *The individual listed is the aggrieved party who has knowledge of the circumstances surrounding her late payment, attempts to modify her loan (including conversations with Defendant's representatives and documents exchanged between Plaintiff and Defendant), and Defendant's KCPA violations against her.*

    2.     Defendant's known employees who interacted with Plaintiff:

        Tenisha Askins                                 Debra Gomez
        Yasmin Cox                                     Raymond Risen
        Connie Deegan                             George Warez


EXHIBIT 3

| | |
|---|---|
| Tim White | Jake |
| Amid | James |
| Elisa | Janaya |
| Helen | Lisa |

*The individuals listed were "negotiators" who Plaintiff communicated with via telephone or fax regarding Plaintiff's attempts to modify her loan. The individuals have knowledge of Plaintiff's loan, Plaintiff's attempts to modify her loan (including conversations with Defendant's representatives and documents exchanged between Plaintiff and Defendant), Defendant's misrepresentations made to Plaintiff, and Defendant's misrepresentations, delay policies, and delay tactics during the loan modification process.*

    3.    Defendant's Attorney of Record in Foreclosure Action:

        Randall Wharton
        South & Associates, P.C.
        245 North Waco St., Suite 400
        Wichita, KS 67202
        316-684-7733

*The individual listed was the attorney of record when Defendant initiated a foreclosure action against Plaintiff and has knowledge of said action and facts supporting same.*

**B.**    **A copy of all documents, electronically stored information, and tangible things that Plaintiff has in her possession, custody, or control, and may use to support her claims or defenses, unless the use would be solely for impeachment:**

    Plaintiff attached a copy of all known and available documents she may use to support her claims or defenses.

    Plaintiff is not in possession of any electronically stored information or tangible things known to support her claims or defenses.

**C.**    **Plaintiff's categorical damage computation along with copies of documents or other evidentiary material on which the computation is based:**

    1.    <u>Civil Penalty Under the Kansas Consumer Protection Act (KCPA)</u>

        Under K.S.A. 50-636, Plaintiff is entitled to no more than $10,000 for *each* violation of the KCPA. Defendant committed at least sixty-eight known violations. Therefore, Plaintiff seeks to recover **$680,000** for KCPA violations.

2. *Damages Based on Interest and Default Fees Incurred During KCPA Violations*

Plaintiff immediately attempted to cure her default to make her loan payments current and attempted to do so countless times over the course of nearly two years. Due to Defendant's refusal to accept any payment and subsequent KCPA violations, Defendant charged Plaintiff interest and fees for her alleged failure to make her loan payments. Since then, Defendant has provided Plaintiff documents that indicate interest and fees charged at inconsistent amounts. Based on the interest and fees accounted for in Plaintiff's bankruptcy action (Interest: $16,562.00; Foreclosure Fees: $4,001.00; POC Fee: $125.00), Plaintiff seeks to recover **$20,688.00** for damages sustained.

3. *Attorney Fees, Interest, and Costs*

Under K.S.A. 50-634, the prevailing party in a KCPA claim may recover reasonable attorney fees. Plaintiff will provide supporting documentation at the time she prevails to support her request for attorney fees. Plaintiff seeks to recover **attorney fees, interest, and costs**, specific amounts to be determined.

\*   The attached copies of all known and available documents used to support Plaintiff's claims or defenses are also used to support Plaintiff's damage computation.

**D.   Any insurance agreement under which an insurance business may be liable:**

Not applicable.

Dated:   December 13, 2013

KLENDA AUSTERMAN LLC

_____
Todd E. Shadid, #16615
Michelle L. Brenwald, #19287
Joslyn M. Kusiak, #25439
301 N. Main St., Ste. 1600
Wichita, KS  67202-4816
Tel: 316-267-0331
Fax: 316-267-0333
tshadid@klendalaw.com
mbrenwald@klendalaw.com
jkusiak@klendalaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of December, 2013, a true and correct copy of the above and foregoing Plaintiff's Initial Disclosures was emailed to the following:

Cassandra L. Writz
clwritz@bryancave.com
*Attorney for Defendant*

Honorable David J. Waxse
ksd_waxse_chambers@ksd.uscourts.gov

Joslyn M. Kusiak