## Joslyn M. Kusiak

**From:** Joslyn M. Kusiak
**Sent:** Tuesday, February 04, 2014 2:24 PM
**To:** 'Writz, Cassandra'
**Cc:** Christopher A. McElgunn; Michelle L. Brenwald; Pamela R. Earles; Todd E. Shadid
**Subject:** RE: Initial Disclosures: Shelli Rogers v. Bank of America; 13-1333-CM-DJW

Cassandra,

I'm simply following up on my December 20th email as we've never heard back from you. By chance have you received any more information to send our way? Additionally, in the process of reviewing the initial disclosures provided thus far we discovered there is other information still missing. If necessary, we'll be sending a more formal letter with our detailed request in the future. Please feel free to call me to discuss.

Best,
**Joslyn M. Kusiak**
Attorney
Klenda Austerman LLC
1600 Epic Center
301 North Main Street
Wichita, KS 67202-4816
Tel: 316-267-0331
Fax: 316-267-0333
jkusiak@klendalaw.com
www.klendalaw.com

**Confidentiality Notice:** This electronic message transmission contains information from the law firm of Klenda Austerman L.L.C. which may be confidential or privileged. This message and the information contained herein is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone 316-267-0331 or by return email to jkusiak@klendalaw.com.

**Circular 230 disclosure:** To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on a taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Writz, Cassandra [mailto:CLWritz@BryanCave.com]
**Sent:** Monday, December 23, 2013 3:04 PM
**To:** Joslyn M. Kusiak
**Cc:** Writz, Cassandra
**Subject:** RE: Initial Disclosures: Shelli Rogers v. Bank of America; 13-1333-CM-DJW

I will check with the bank whether they have any Comments or HomeSaver Workout Notes from earlier in 2009.

Cassie Writz
Bryan Cave LLP
(816) 374-3353

1


EXHIBIT
4

**From:** Joslyn M. Kusiak [mailto:jkusiak@klendalaw.com]
**Sent:** Friday, December 20, 2013 12:30 PM
**To:** Writz, Cassandra
**Cc:** Christopher A. McElgunn; Michelle L. Brenwald; Pamela R. Earles; Todd E. Shadid
**Subject:** Initial Disclosures: Shelli Rogers v. Bank of America; 13-1333-CM-DJW

Cassandra,

Upon review of the documents you provided us contemporaneous with the initial disclosures, we believe two sets of provided documents were inadvertently not provided in complete form. The Accounting (BANA/Rogers 2-15) appears to be complete for the purposes of the lawsuit, ranging from 6/27/2005 to 8/12/2013. However, the Comments (BANA/Rogers 22-28) start at 11/30/2009 and the HomeSaver – Workout Notes (BANA/Rogers 33-179) start at 9/11/2009. In our Petition we allege issues started to arise and communications between our clients began in April 2009; therefore, we interpret Rule 26(a)(1) to require your client to provide documents in its possession, custody, or control that stem back to at least January 2009. Please advise whether you are in agreement and will be able to provide us said documents in a timely manner.

Best,
**Joslyn M. Kusiak**
Attorney
Klenda Austerman LLC
1600 Epic Center
301 North Main Street
Wichita, KS 67202-4816
Tel:  316-267-0331
Fax:  316-267-0333
jkusiak@klendalaw.com
www.klendalaw.com

**Confidentiality Notice:** This electronic message transmission contains information from the law firm of Klenda Austerman L.L.C. which may be confidential or privileged. This message and the information contained herein is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone 316-267-0331 or by return email to jkusiak@klendalaw.com.
**Circular 230 disclosure:** To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on a taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013