# KLENDA AUSTERMAN LLC

Attorneys At Law

| | | |
|---|---|---|
| Gary M. Austerman<br>John V. Wachtel, IV<br>J. Michael Morris<br>Jeffrey D. Peier<br>Scott A. Eads<br>John B. Gilliam<br>Gregory B. Klenda<br>Christopher A. McElgunn<br>Todd E. Shadid<br>Chad S. Nelson<br>❖ Christopher J. Vinduska<br>David W. Steed<br>Michelle L. Brenwald<br>Chasity M. Helm | 1600 Epic Center, 301 N. Main<br>Wichita, Kansas 67202-4816<br><br>Telephone: (316) 267-0331<br>Telefacsimile: (316) 267-0333<br><br>www.KlendaLaw.com | Michael L. Baumberger ❖<br>M. Blake Cooper<br>Alex P. Flores<br>Samuel R. Foreman<br>Aaron J. Good<br>Joslyn M. Kusiak<br>Eric W. Lomas<br>Jade M. Martin<br><br>Of Counsel<br>Paul C. Herr<br>Robert W. Kaplan<br>James A. Thompson<br>Carlos J. Nolla-Corretjer<br><br>❖ Licensed also in Missouri |

February 28, 2014

L.D. Klenda (1937-1996)
Bruce W. Zuercher (1931-2008)

VIA E-MAIL: clwritz@bryancave.com
Cassandra L. Writz
Bryan Cave LLP
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100

RE:   Rogers v. Bank of America, Case No. 6:13-CV-01333-CM-DJW

Dear Ms. Writz,

According to the Scheduling Order, Plaintiff is supposed provide her good-faith settlement proposal today. The timing of the deadline was designed to give Plaintiff ample time following receipt of Defendant's initial disclosures to re-access her case and make an informed settlement offer. Unfortunately, Plaintiff was deprived of this opportunity.

To date, Defendant has failed to provide the information required by Fed. R. Civ. P. 26(a)(1). We discussed the deficiency with the Magistrate Judge who made it clear that such information needed to be part of Defendant's initial disclosures. We also sent you e-mails on December 20, 2013, and February 4, 2014 requesting that you provide the information required. In response to the December email you advised you would check with your client. We received no further response from you. Without the information requested in December, or the complete initial disclosures, Plaintiff is unable to make an informed settlement offer at this time.

Very truly yours,

Todd E. Shadid

cc: Shelli Rogers (via e-mail)

