# Joslyn M. Kusiak

**From:** Joslyn M. Kusiak
**Sent:** Tuesday, April 08, 2014 3:27 PM
**To:** 'Writz, Cassandra'
**Cc:** Christopher A. McElgunn; Michelle L. Brenwald; Todd E. Shadid; Pamela R. Earles
**Subject:** RE: Rogers v. Bank of America

Ms. Writz:

Just wanted to shoot you a quick email to direct your attention to the mediation notice we filed with the court yesterday. The Mediation details are in the notice but of most importance Mediation will take place on June 9th at Mr. Gillen's office. We informed Mr. Gillen's assistant of your address and email address and they will be in contact with you as needed. I also left you a voicemail this afternoon in hope of getting the Initial Disclosures issue resolved in the next 24 hours. Please advise. Thank you.

Sincerely,
**Joslyn M. Kusiak**
Attorney
Klenda Austerman LLC
1600 Epic Center
301 North Main Street
Wichita, KS 67202-4816
Tel:  316-267-0331
Fax:  316-267-0333
jkusiak@klendalaw.com
www.klendalaw.com

**Confidentiality Notice:** This electronic message transmission contains information from the law firm of Klenda Austerman L.L.C. which may be confidential or privileged. This message and the information contained herein is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone 316-267-0331 or by return email to jkusiak@klendalaw.com.

**Circular 230 disclosure:** To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on a taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

