# Joslyn M. Kusiak

| | |
|---|---|
| **From:** | Joslyn M. Kusiak |
| **Sent:** | Wednesday, April 23, 2014 11:22 AM |
| **To:** | 'Writz, Cassandra' |
| **Cc:** | Christopher A. McElgunn; Michelle L. Brenwald; Todd E. Shadid; Pamela R. Earles |
| **Subject:** | RE: Rogers v. Bank of America |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, April 25, 2014 4:00 PM |
| **Flag Status:** | Flagged |

Ms. Writz:

Good morning! Just following up with you on the question posed below. Please let us know your availability. Thank you!

Sincerely,

**Joslyn M. Kusiak**
Attorney
Klenda Austerman LLC
1600 Epic Center
301 North Main Street
Wichita, KS 67202-4816
Tel: 316-267-0331
Fax: 316-267-0333
jkusiak@klendalaw.com
www.klendalaw.com

**Confidentiality Notice:** This electronic message transmission contains information from the law firm of Klenda Austerman L.L.C. which may be confidential or privileged. This message and the information contained herein is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone 316-267-0331 or by return email to jkusiak@klendalaw.com.

**Circular 230 disclosure:** To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on a taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Joslyn M. Kusiak
**Sent:** Thursday, April 17, 2014 3:47 PM
**To:** 'Writz, Cassandra'
**Cc:** Christopher A. McElgunn; Michelle L. Brenwald; Todd E. Shadid; Pamela R. Earles
**Subject:** RE: Rogers v. Bank of America

Ms. Writz:

We are simply following up on our request for initial disclosures. As you know, the Scheduling Order states "the parties and counsel are strongly encouraged to consider arranging a telephone conference with the undersigned magistrate judge *before* filing a [discover-related] motion." We would like to schedule such phone conference. Please let me know what your availability is so we can get this scheduled. Thank you!

Sincerely,

**EXHIBIT 8**

**Joslyn M. Kusiak**
Attorney
Klenda Austerman LLC
1600 Epic Center
301 North Main Street
Wichita, KS 67202-4816
Tel:  316-267-0331
Fax:  316-267-0333
jkusiak@klendalaw.com
www.klendalaw.com

**Confidentiality Notice:** This electronic message transmission contains information from the law firm of Klenda Austerman L.L.C. which may be confidential or privileged. This message and the information contained herein is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone 316-267-0331 or by return email to jkusiak@klendalaw.com.

**Circular 230 disclosure:** To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on a taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.