Comments - 93926853 SHELLI F ROGERS

Comments History

Application: All    Comment Level: All

| Application Code | Comment Level | Comment | Date | Time | User ID | User Name | Dept | Site | Description |
|---|---|---|---|---|---|---|---|---|---|
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status advised via Speech for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 01/13/2010 | 12:39:43 | WRKUPLASVP | | None | None | Servicing Set Number 2010011311555393500 |
| Loss Mitigation Home Base 2 | Work Action Level | b/w called in to check on sale date,, advised of f/c with no sale date assigned, one may be assigned at anytime | 01/13/2010 | 10:41:42 | NBKJNAV | Joaquin Briceno | Subprime Collections | Lancaster | Servicing Set Number 2010011310414237200 |
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status Network ID: CORP\NBKTUXG advised via Desktop for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 01/12/2010 | 09:06:05 | WRKUPLASDP | | None | None | Servicing Set Number 2010011207202669400 |
| LAMP - HRD | Servicing Set Level | h/o called to check status of loan modd, advs h/o acct is on review also will send email in order to analyst to postpone sale date | 01/12/2010 | 07:15:14 | NBKTUXG | Ahmed Chande | None | None | Servicing Set Number 2010011207151934400 |
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status advised via Speech for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 01/12/2010 | 09:01:16 | WRKUPLASVP | | None | None | Servicing Set Number 2010011207145215400 |
| LAMP - HRD | Servicing Set Level | adv that new analyst assigned since this needed a gov neg adv that only neg can p/p sale b4 72 hr timeframe home/loan p/priority w/72 hrs so c/b on 1/13 | 01/11/2010 | 13:49:38 | NBKWLLV | VALERIE KNOLTE | None | None | Servicing Set Number 2010011113493845200 |
| Loss Mitigation Home Base 2 | Loan Level | ************************Loan reviewed for MHA program and does not qualify as it is a gov't loan. Manual review of this file is necessary. It will be assigned to a gov't negotiator. ************************BiWeekly Report 01.04.01**** | 01/06/2010 | 20:28:37 | ZKHAKIAN | Zahid Khakiani | Subprime Collections | Plano | Servicing Case Number 41 |
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status advised via Speech for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 12/28/2009 | 04:38:11 | WRKUPLASVP | | None | None | Servicing Set Number 2009122816223765800 |
| Loss Mitigation Home Base 2 | Work Action Level | advised in negotiation, no pmt. FCL sale date of 1/21/09 | 12/28/2009 | 14:44:03 | NBKPCKH | Brenton Frazey | Collections | Tempe | Servicing Set Number 2009122814440341500 |
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status Network ID: CORP\NBKNE9O advised via Desktop for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 12/14/2009 | 04:15:55 | WRKUPLASDP | | None | None | Servicing Set Number 2009121417555930000 |
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status advised via Speech for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 12/14/2009 | 04:04:36 | WRKUPLASVP | | None | None | Servicing Set Number 2009121417384718300 |
| LAMP - HRD | Servicing Set Level | h/o called in for a update on her MOD she ask for me to send analyst a email asking her to give her a call @ 916-550-6424 or work # 916-636-4596, sent email to analyst | 12/14/2009 | 14:23:36 | NBKNE9O | Tekoyia Calhoun | None | None | Servicing Set Number 2009121414223509000 |
| Loss Mitigation Home Base 2 | Loan Level | ************************Loan reviewed for MHA program and does not qualify as it is a gov't loan. Manual review of this file is necessary. It will be assigned to a gov't negotiator. ************************BiWeekly Report 12.10.09**** | 12/13/2009 | 21:40:53 | SSAWANT6 | SANDIP SAWANT | Collections | Simi | Servicing Case Number 41 |
| Loss Mitigation Home Base 2 | Loan Level | Advised of WO-5 with NO FCL SD. h/o says that she has a FCL SD of 12/17, system does not reflect this. She is wanting to speak with the Neg, n/a is unavail. I called the attorneys office who advised that there is no pending FCL SD. h/o says that she received a letter that advised her to make trial payments. I advised that she is not able to b/c she is in FCL. | 12/09/2009 | 07:34:42 | HHALL | Helen Hall | Subprime Collections | Lancaster | Servicing Case Number 41 |
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status advised via Speech for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 12/09/2009 | 09:20:38 | WRKUPLASVP | | None | None | Servicing Set Number 2009120907231939700 |
| Loss Mitigation Home Base 2 | Work Action Level | Customer contact to obtain W/O status advised via Speech for record with Workout ID: 1, Stage: Processing, Phase: Active Processing, Sub-phase: N/A, status entry date 2009-09-11 and next update due date 2009-10-16 | 11/30/2009 | 08:47:04 | WRKUPLASVP | | None | None | Servicing Set Number 2009113007272865700 |

EXHIBIT
tabbies
9

# HomeSaver - Workout Notes

**Loan Number:** 093926853 **Date Printed:** 09/04/2013

## Notes Detail

| | |
|---|---|
| **Date Added:** | 09/11/2009 |
| **Stage:** | |
| **Task Name:** | |
| **Follow Up Date:** | |
| **Follow Up Complete:** | No |
| **Added By:** | TBROWN17 |
| **Edited By:** | TBROWN17 |
| **Workout ID:** | 1 |
| **Cross Documentation:** | 03,16 |
| **Note ID:** | 1 |

**Notes Text:**

Workout Status Changed to Active. Workout Type Modification.

**Cross Documentation Legend:**

| | | | | | |
|---|---|---|---|---|---|
| **01:** | Bankruptcy | **02:** | Customer Service | **03:** | Loss Mitigation |
| **04:** | Foreclosure | **05:** | CFC Document Control | **06:** | CFC Inv Compliance |
| **07:** | Escrow Analysis | **08:** | Field Inspections | **09:** | Insurance Activities |
| **10:** | Master File Audit | **11:** | Payment Processing | **12:** | Payoff & Assumption |
| **13:** | REO | **14:** | Special Loans | **15:** | Tax Department |
| **16:** | LM Home Base | **17:** | Loan Deficiencies | **18:** | Office of President |
| **19:** | Loan Acquisitions | **20:** | Heloc Servicing | **21:** | Correspond. Lending |

# HomeSaver - Workout Notes

**Loan Number:** 093926853 **Date Printed:** 09/04/2013

## Notes Detail

| | |
|---|---|
| **Date Added:** | 03/27/2011 |
| **Stage:** | |
| **Task Name:** | |
| **Follow Up Date:** | |
| **Follow Up Complete:** | No |
| **Added By:** | AANBALAG |
| **Edited By:** | AANBALAG |
| **Workout ID:** | 5 |
| **Cross Documentation:** | 03,16 |
| **Note ID:** | 134 |

**Notes Text:**

Workout Status Changed to Active. Workout Type Modification.

**Cross Documentation Legend:**

| | | | | | |
|---|---|---|---|---|---|
| **01:** | Bankruptcy | **02:** | Customer Service | **03:** | Loss Mitigation |
| **04:** | Foreclosure | **05:** | CFC Document Control | **06:** | CFC Inv Compliance |
| **07:** | Escrow Analysis | **08:** | Field Inspections | **09:** | Insurance Activities |
| **10:** | Master File Audit | **11:** | Payment Processing | **12:** | Payoff & Assumption |
| **13:** | REO | **14:** | Special Loans | **15:** | Tax Department |
| **16:** | LM Home Base | **17:** | Loan Deficiencies | **18:** | Office of President |
| **19:** | Loan Acquisitions | **20:** | Heloc Servicing | **21:** | Correspond. Lending |

## HomeSaver - Workout Notes

**Loan Number:** 093926853 **Date Printed:** 09/04/2013

### Notes Detail

**Date Added:** 03/25/2011
**Stage:**
**Task Name:**
**Follow Up Date:**
**Follow Up Complete:** No
**Added By:** NBKOMQK
**Edited By:** NBKOMQK
**Workout ID:**
**Cross Documentation:** 03,04,16
**Note ID:** 133

**Notes Text:**

**** PLEASE ASSIGN TO - Arlett Bridges, NBKDP8G *****

**Cross Documentation Legend:**

| | | | | | |
|---|---|---|---|---|---|
| **01:** | Bankruptcy | **02:** | Customer Service | **03:** | Loss Mitigation |
| **04:** | Foreclosure | **05:** | CFC Document Control | **06:** | CFC Inv Compliance |
| **07:** | Escrow Analysis | **08:** | Field Inspections | **09:** | Insurance Activities |
| **10:** | Master File Audit | **11:** | Payment Processing | **12:** | Payoff & Assumption |
| **13:** | REO | **14:** | Special Loans | **15:** | Tax Department |
| **16:** | LM Home Base | **17:** | Loan Deficiencies | **18:** | Office of President |
| **19:** | Loan Acquisitions | **20:** | Heloc Servicing | **21:** | Correspond. Lending |

# HomeSaver - Workout Notes

**Loan Number:** 093926853 **Date Printed:** 09/04/2013

## Notes Detail

| | |
|---|---|
| **Date Added:** | 01/04/2011 |
| **Stage:** | |
| **Task Name:** | |
| **Follow Up Date:** | |
| **Follow Up Complete:** | No |
| **Added By:** | NBKHV2T |
| **Edited By:** | NBKHV2T |
| **Workout ID:** | |
| **Cross Documentation:** | 03,04,16 |
| **Note ID:** | 132 |

**Notes Text:**

Workout documents received via FAX and are available for review. Items received:FAX COVER SHEET,PAY STUB,BANK STATEMENT

**Cross Documentation Legend:**

| | | | | | |
|---|---|---|---|---|---|
| **01:** | Bankruptcy | **02:** | Customer Service | **03:** | Loss Mitigation |
| **04:** | Foreclosure | **05:** | CFC Document Control | **06:** | CFC Inv Compliance |
| **07:** | Escrow Analysis | **08:** | Field Inspections | **09:** | Insurance Activities |
| **10:** | Master File Audit | **11:** | Payment Processing | **12:** | Payoff & Assumption |
| **13:** | REO | **14:** | Special Loans | **15:** | Tax Department |
| **16:** | LM Home Base | **17:** | Loan Deficiencies | **18:** | Office of President |
| **19:** | Loan Acquisitions | **20:** | Heloc Servicing | **21:** | Correspond. Lending |

# HomeSaver - Workout Notes

**Loan Number:** 093926853 **Date Printed:** 09/04/2013

## Notes Detail

**Date Added:** 01/03/2011
**Stage:** Open
**Task Name:**
**Follow Up Date:**
**Follow Up Complete:** No
**Added By:** NBKOMDX
**Edited By:** NBKOMDX
**Workout ID:** 4
**Cross Documentation:** 03,04,16
**Note ID:** 131

**Notes Text:**

Workout Status Changed to Cnl - Borrower did not Rtrn Financials. Workout Type Modification.

**Cross Documentation Legend:**

| | | | | | |
|---|---|---|---|---|---|
| **01:** | Bankruptcy | **02:** | Customer Service | **03:** | Loss Mitigation |
| **04:** | Foreclosure | **05:** | CFC Document Control | **06:** | CFC Inv Compliance |
| **07:** | Escrow Analysis | **08:** | Field Inspections | **09:** | Insurance Activities |
| **10:** | Master File Audit | **11:** | Payment Processing | **12:** | Payoff & Assumption |
| **13:** | REO | **14:** | Special Loans | **15:** | Tax Department |
| **16:** | LM Home Base | **17:** | Loan Deficiencies | **18:** | Office of President |
| **19:** | Loan Acquisitions | **20:** | Heloc Servicing | **21:** | Correspond. Lending |

# HomeSaver - Workout Notes

**Loan Number:** 093926853 **Date Printed:** 09/04/2013

## Notes Detail

| | |
|---|---|
| **Date Added:** | 01/03/2011 |
| **Stage:** | Open |
| **Task Name:** | |
| **Follow Up Date:** | |
| **Follow Up Complete:** | No |
| **Added By:** | NBKOMDX |
| **Edited By:** | NBKOMDX |
| **Workout ID:** | 4 |
| **Cross Documentation:** | 02,03,04,16 |
| **Note ID:** | 130 |

**Notes Text:**

Cancelling mod due to h/o has not sent in missing docs need to process with the mod.

**Cross Documentation Legend:**

| | | | | | |
|---|---|---|---|---|---|
| **01:** | Bankruptcy | **02:** | Customer Service | **03:** | Loss Mitigation |
| **04:** | Foreclosure | **05:** | CFC Document Control | **06:** | CFC Inv Compliance |
| **07:** | Escrow Analysis | **08:** | Field Inspections | **09:** | Insurance Activities |
| **10:** | Master File Audit | **11:** | Payment Processing | **12:** | Payoff & Assumption |
| **13:** | REO | **14:** | Special Loans | **15:** | Tax Department |
| **16:** | LM Home Base | **17:** | Loan Deficiencies | **18:** | Office of President |
| **19:** | Loan Acquisitions | **20:** | Heloc Servicing | **21:** | Correspond. Lending |