### UNSWORN DECLARATION OF JOSLYN M. KUSIAK

I, Joslyn M. Kusiak, being of lawful age, declare under penalty of perjury under the laws of the State of Kansas that the following is true and correct:

1. I am one of the counsels of record for the Plaintiff, Shelli F. Rogers, in this action.

2. I was responsible for conferring with Defendant's counsel concerning Bank of America's failure to provide complete initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) in this action.

3. On December 13, 2013, the parties exchanged initial disclosures. After December 13, 2013, Bank of America has not supplemented its initial disclosures.

4. In its initial disclosures, Bank of America only identified "Bank of America, N.A., Custodian of Records and corporate representative(s)" as individuals likely to have discoverable information that Bank of America may use to support its claims and defenses.

5. The Court held a scheduling conference on December 13, 2013, at which I was present.

6. During the scheduling conference, Magistrate Judge Waxse informed Bank of America's counsel, Cassandra Writz, that Bank of America's written disclosures did not comply with Federal Rules of Civil Procedure 26(a)(1)(A)(i) by failing to provide the name, address, and telephone number of each individual rather than a general designation of a records "custodian" and "corporate representative(s)."

7. After I reviewed Bank of America's initial disclosures, I determined it also failed to provide other information required by Federal Rules of Civil Procedure 26(a)(1).


EXHIBIT 10

8.      In an effort to address the issues regarding Bank of America's initial disclosures, I sent multiple emails to Ms. Writz on December 20, 2013, February 4, 2014, February 28, 2014, March 18, 2014, March 31, 2014, April 2, 2014, and April 8, 2014.[1]

9.      Ms. Writz responded to these requests on December 23, 2013 and March 27, 2014.[2] In her December 23, 2013 response, Ms. Writz stated she would "check with the bank."[3] In her March 27, 2014 response, Ms. Writz stated she was "working on a response."[4]

10.     On April 8, 2014, I called Ms. Writz and left a voicemail asking about the status of her response.

11.     On April 9, 2014, I was able to reach Ms. Writz by phone. She stated she was attempting to analyze my request for complete initial disclosures and was trying to get something together that very week. I stated I would wait until April 14, 2014 for a complete response, and if I did not receive one, I would request the Court's involvement.

12.     On April 17, 2014 and April 23, 2014, I emailed Ms. Writz requesting available dates and times to schedule a telephone conference with the Court to resolve the issues relating to Bank of America's inadequate initial disclosures. To date, Ms. Writz has not responded to these emails.[5]

Dated: May 20, 2014

_____
JOSLYN M. KUSIAK, #25439

---

[1] See Correspondence re: Initial Disclosures, attached hereto as Exhibit 4; Correspondence re: Rogers v. Bank of America, attached hereto as Exhibit 5; Correspondence re: Rogers v. Bank of America 2, attached hereto as Exhibit 6; Correspondence re: Rogers v. Bank of America 3, attached hereto as Exhibit 7.
[2] See Correspondence re: Initial Disclosures, attached hereto as Exhibit 4; Correspondence re: Rogers v. Bank of America 2, attached hereto as Exhibit 6.
[3] See Correspondence re: Initial Disclosures, attached hereto as Exhibit 4.
[4] See Correspondence re: Rogers v. Bank of America 2, attached hereto as Exhibit 6.
[5] See Correspondence re: Rogers v. Bank of America 4, attached hereto as Exhibit 8.